**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| CHARLIE REYMOND TORRES SILES, | : | Case No. 1:26-cv-434 |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | District Judge Susan J. Dlott |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| WARDEN, BUTLER COUNTY | : | |
| DETENTION FACILITY, *et al.*, | : | |
| | : | |
| Respondents. | : | |

---

### NOTICE TO PRO SE PETITIONER OF MOTION TO DISMISS

---

You are hereby notified that Respondent Warden, Butler County Correctional Complex filed a Motion to Dismiss on May 7, 2026. (Doc. #7). You should receive a copy of the Motion directly from Respondents.

Your response must be filed with the Court not later than **June 1, 2026**. *See* S.D. Ohio Civ. R. 7.2(a). If you fail to file a timely response, Respondent's Motion to Dismiss may be granted and your case dismissed.

May 8, 2026

*s/Peter B. Silvain, Jr.*

Peter B. Silvain, Jr.
United States Magistrate Judge