IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charlie Raymond Torres Siles,       :

                 :

       Petitioner,       :

                 :   Case Number: 1:26cv434

   vs.               :

                 :   Judge Susan J. Dlott

Warden, Butler County Detention     :

Facility, et al.,          :

                 :

                 :

       Respondents.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED

This action was decided by the Court without a trial.   It was ordered and adjudicated that the

Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) and Emergency Motion (Doc. 2) are granted.

Butler County Sheriff's Motion to Dismiss (Doc. 7) is Denied as Moot.

The Court retains jurisdiction to enforce its grant of relief or to adjudicate timely petitions

filed under the Equal Access to Justice Act, 28 U.S.C. § 2412.

5/14/2026                               RICH NAGEL, CLERK

                                      S/William Miller

                                     Deputy Clerk